51 So.2d 912

### Sim DUNCAN v. STATE.
#### 4 Div. 168.

Court of Appeals of Alabama.
Dec. 20, 1950.

Appeal from Circuit Court, Covington County; Bowen W. Simmons, Judge.

PER CURIAM.

Appeal dismissed.

47 So.2d 922

### Millard L. DUNN v. STATE.
#### 6 Div. 926.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Possessing still.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

44 So.2d 34

### Loveman DUNN v. STATE.
#### 6 Div. 875.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Leaving scene of accident.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

48 So.2d 890

### Slater EASLEY v. CITY OF MOBILE.
#### I Div. 610.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Mobile County; Cecil F. Bates, Judge.

Driving without brakes.

CARR, Judge.

Affirmed.

48 So.2d 890

### Slater EASLEY v. CITY OF MOBILE.
#### I Div. 611.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Mobile County; Cecil F. Bates, Judge.

Driving while intoxicated.

BRICKEN, Presiding Judge.

Affirmed.

46 So.2d 861

### Gertrude EDWARDS v. STATE.
#### 6 Div. 990.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.